# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. Nos. 99-335 (EGS) |
| | ) | and 98-70 (EGS) |
| LEON SAMUEL | ) | |
| | ) | |

## PRO SE MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE

Defendant Leon Samuel hereby moves pursuant to 28 U.S.C. § 2255, to vacate, set aside or correct his sentence on the grounds that it was impo~~~d illegally under United States v. Booker, 125 S.Ct. 738 (2005).

CASE NUMBER 1:06CV00060
JUDGE: Emmet G. Sullivan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/13/2006

## I.    PROCEDURAL HISTORY

On March 26, 1998, Mr. Samuel pled to conspiracy to distribute to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 846, and he was released pending sentencing. On September 1, 1999, Mr. Samuel was again arrested and subsequently charged with possessing with intent to distribute 50 grams or more of cocaine, in violation of 21 U.S.C. § 841(a)(1). On July 18, 2000, Mr. Samuel pled guilty to that charge.

This Court sentenced Mr. Samuel for both offenses on February 22, 2001. Pursuant to the United States Sentencing Guidelines ("Guidelines" or "U.S.S.G."), based on the weight of the drugs, Mr. Samuel's offense level would have been 31, with a criminal history category I and a range of 108 to 135 months. However, the Court, over defense objection, accepted the Presentence Investigation Report's recommendation that the offense level be increased three